UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| JONATHAN PHELPS, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTETSU NORTH AMERICA, <br><br> Defendant. | Civil Action No. 6:22-CV-106-CHB <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court, having been advised by counsel that settlement has been reached on all matters in this case [R. 29], **HEREBY ORDERS** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days, the Court will entertain a motion to redocket this action upon application to this Court.

3. Defendant's Motion to Dismiss [**R. 22**] and the parties' Joint Notice of Settlement and Motion for Stay of Case Deadlines and Date for Filing Motion for Preliminary Approval **[R. 28]** are **DENIED as moot**.

This the 12th day of October, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY