UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| JONATHAN PHELPS, *Individually and on behalf of all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) TOYOTETSU NORTH AMERICA, ) ) Defendant. ) | Civil Action No. 6:22-CV-106-CHB-HAI **ORDER GRANTING JOINT MOTION** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motion to Redocket Action for the Purposes of a Class Action Settlement. [R. 31]. The parties request that the Court redocket this action and permit Plaintiff, individually and on behalf of all others similarly situated, to move for preliminary approval of class action settlement under Rule 23 of the Federal Rules of Civil Procedure. Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Joint Motion to Redocket Action for the Purposes of a Class Action Settlement [**R. 31**] is **GRANTED**;

2. The Clerk is **DIRECTED** to reopen this action for the purposes outlined in the motion;

3. All previous or preexisting case deadlines are superseded by this Order; and

4. Plaintiff shall file a motion for preliminary approval of the class action settlement **no later than January 20, 2023**. All case deadlines thereafter will be included in the Court's preliminary approval order.

This the 1st day of December, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -