# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| **JONATHAN PHELPS, individually and on behalf of all others similarly situated** | Case No: 6:22-cv-00106 |
| **Plaintiff,** | Judge Claria Horn Boom |
| | Magistrate Hanly A. Ingram |
| v. | |
| **TOYOTETSU NORTH AMERICA,** | **PLAINTIFF'S NOTICE OF REFILING DECLARATION OF CHRISTOPHER LONGLEY ON ADEQUACY OF NOTICE PLAN** |
| **Defendant.** | |
| | **(Filed Electronically)** |

On January 20, 2023, Plaintiff filed his Unopposed Motion for Preliminary Approval of Class Action Settlement. ECF No. 37. In support, Plaintiff filed the Declaration of Christopher Longley on Adequacy of Notice Plan. ECF No. 37-7. A copy of the Atticus Data Security Information & Privacy Policy was attached as Exhibit B to the Longley Declaration. *See id.*, PageID # 334-37. It appears the text of this document was corrupted when uploading to the Court's electronic filing system. *See id.* Plaintiff has attempted to remedy the issue believed to be responsible and attaches the complete Declaration of Christopher Longley hereto as **Exhibit 1**.

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (*pro hac vice*)
Jonathan T. Deters (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
513-651-3700
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Joseph B. Venters
VENTERS LAW OFFICE
P.O. Box 1749
Somerset, KY 42502
606-451-0332
606-451-0335
*joey@venterslaw.com*

*Attorneys for Plaintiff and the proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I served a copy of the foregoing via electronic filing in the ECF system.

/s/ Terence R. Coates
Terence R. Coates