UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES-GENERAL

CASE NO. 6:22-CV-106-CHB-HAI          AT: London          DATE: October 24, 2023

STYLE: Jonathan Phelps v Toyotetsu North America

PRESENT:    HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Mike Mejia | Kathleen Sebastian |
| --- | --- |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS FOR PLAINTIFFS:**
Dylan J. Gould
Joseph B. Venters
Terence R. Coates

**ATTORNEY FOR DEFENDANT:**
Christopher H. Wood

**PROCEEDINGS:    FAIRNESS HEARING**

This matter was called for a Final Fairness Hearing to discuss Plaintiff's Motion for Attorney's Fees, Expenses and Class Representative Service Award [R. 40] and Unopposed Motion for Final Approval of Class Action Settlement [R. 42]. Counsel was present as noted above.

Counsel discussed class certification; whether the parties' proposed settlement is fair, reasonable, and adequate; the adequacy of notice to class members; and the reasonableness of requested attorneys' fees, expenses, and a class representative fee.

Upon discussion with counsel and being duly and sufficiently advised, it is hereby **ORDERED** that this matter is **TAKEN UNDER ADVISEMENT**.

A separate Order setting out the findings of the Court shall be filed in the record after counsel has provided the Court a revised proposed order **by close of business, October 25, 2023**.

cc: COR

TIC: 1/00

Initials of Deputy Clerk: mm

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY