UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| JONATHAN PHELPS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) TOYOTETSU NORTH AMERICA, ) ) Defendants. ) | Civil Action No. 6:22-CV-106-CHB  **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court shall close this case.

This the 25th day of October, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY